UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GHALEB AZROUI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH BENEFITS ONE, LLC d/b/a HEALTH BENEFITS CENTER a/k/a HEALTH REGISTRATION CENTER a/k/a SIMPLE HEALTH, a Florida limited liability company,<br><br>Defendant. | Case No.: 1:18-cv-03709<br><br>Honorable Jorge L. Alonso |

**MOTION FOR ONE DAY EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff GHALEB AZROUI, individually and on behalf of all others similarly situated, by and through his lead counsel, James C. Vlahakis, and moves this Honorable Court for a one day extension of time to file a First Amended Complaint in response to Defendant Health Benefits One, LLC d/b/a Health Benefit Center a/k/a Health Registration Center a/k/a Simple Health's ("HBO") Motion to Dismiss, and in support of this Motion states as follows:

**Introduction**

1. As a result of the death of lead counsel's mother and prior work commitments, the Court granted lead counsel's earlier motion to extend the time to response to HBO's motion to dismiss. Dkts. 31 & 27.

2. Good cause exists to extend the filing of an Amended Complaint. In addition to preparing and finalize discovery responses on behalf of two dozen clients in a California based MDL proceeding, *In Re: Apple Inc., Device Performance Litigation*, 18-

md-02827-EJD (N.D. Cali.), lead counsel has prepared discovery in two pending putative class actions and filed a response opposing arbitration in a long-pending class action, *Rosales v. PRA*, 18-cv-00997.

3. Additionally, good cause exists to grant this short extension because during the time leading up today, the parties have attempted to resolve their differences regarding their MIDP disclosures, including the identity of the third-parties that placed the calls to Defendant to promote Defendant's insurance products. While the emails and lengthy call on Friday, October 19, 2018, did not resolve this case or resolve the parties disagreement on the scope of MIDP disclosures, the discussions were productive (at least in Plaintiff's counsel's mind).[1]

WHEREFORE, Plaintiff respectfully requests that this Honorable Court extend the deadline to file an Amended Complaint to October 23, 2018.

Respectfully submitted,
*Counsel for Plaintiff*

/s/ *James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Ave.,
Ste. 200
Lombard, IL 60148
Phone (630) 575-8180
Fax: (630)575-8188
jvlahakis@hijazinlaw.com

---

[1] Two other issues may be worthy of mentioning. First, after Plaintiff's lead counsel filed the motion to extend (Dkt. 27), he joined "Indian Guides" which lead to him joining a weekend camping trip standing on Friday evening and ending on Sunday morning. Accordingly, counsel was unable to complete the final stages of the amendment during this past weekend. Second, throughout today's date (October 22, 2018), Plaintiff's counsel experienced technical issues relative to Microsoft Word has led to redrafting aspects of the proposed amended complaint, further delay the preparation of a near final draft.

Case: 1:18-cv-03709 Document #: 32 Filed: 10/22/18 Page 3 of 4 PageID #:319

## **CERTIFICATE OF SERVICE**

I, James C. Vlahakis, an attorney, certify that on October 22, 2018, I caused the foregoing **MOTION** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *James C. Vlahakis*